**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

IN THE MATTER OF THE SEARCH OF INFORMATION
ASSOCIATED WITH E-MAIL ADDRESSES
KARIM.MASTERGROUP@GMAIL.COM;
RAK.MGUSA@GMAIL.COM;
RAHIM.MGUSA@GMAIL.COM;
KMSADRUDDIN@GMAIL.COM;
RAK.TMD@GMAIL.COM; AND
KMS.MASTERGROUP@GMAIL.COM
THAT ARE STORED AT PREMISES CONTROLLED BY
SERVICE PROVIDER GOOGLE LLC

Case No. 1:18-MJ-100

**Filed Under Seal**

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Application for the Search Warrant, the Search Warrant, the Affidavit supporting the Search Warrant, the Motion to Seal, the proposed Sealing Order and any subsequently filed Return and Inventory in the above-styled case shall be sealed and maintained in the custody of the Clerk of the Court for 90 days, up to and including April 11, 2019.

ENTER this the 14 day of January, 2019.

SUSAN K. LEE
UNITED STATE MAGISTRATE JUDGE